# SEAN F. O'SHEA
### ATTORNEY AT LAW
90 PARK AVENUE
20th FLOOR
NEW YORK, NEW YORK 10016
E-Mail: soshea@oshealaw.com

MICHAEL E. PETRELLA
HARLAN J. PROTASS
MARC D. FEINGOLD
JULIE O'SHEA

(212) 682-4426
Fax (212) 682-4437

September 27, 2005

**VIA U.S. MAIL AND E.C.F.**
Hon. Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*[Handwritten: Respectfully referred for decision by Judge Matsumoto. So ordered. 9/28/05  [signature], USDJ   cc: Counsel / Judge Matsumoto]*

Re: Rouson v. Eicoff, et al., 04 CV 2734 (ARR)

Your Honor:

This office, which currently represents the plaintiff, Jessamy Rouson, in the above-referenced matter will be moving to withdraw as attorneys of record. Although Section 2 of Your Honor's Individual Rules do not require a pre-motion conference for such motions, Section 2.D thereof does appear to require that the parties obtain the Court's prior approval of a briefing schedule.

The parties have conferred (including separate counsel retained by Ms. Rouson to respond to the withdrawal motion) and have agreed that this office shall serve its motion immediately; Ms. Rouson shall serve her response by October 17, 2005; and this office shall serve its reply by October 27, 2005. Assuming the Court approves, I have included a "So ordered" signature block below, a photocopy of this letter and a stamped, self-addressed envelope for the Court's convenience.

Respectfully submitted,

[signature]
Michael E. Petrella

cc: Michael F. Mongelli, Esq.
Georges G. Lederman, Esq.

**SO ORDERED:**

_____
Hon. Allyne R. Ross, U.S.D.J.
September ___, 2005